UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

GREGORY SCOTT BETHEA, :
    Petitioner, :
     :
    v. : CIVIL NO. 13-CV-1694
     :
SUPERINTENDENT BICKELL, :
    Respondent. :
     :

*O R D E R*

AND NOW, this 9th day of April, 2015, upon consideration of the report and recommendation of the magistrate judge (Doc. 36), filed March 13, 2015, to which no objections were filed, and upon independent review of the record, it is ordered that:

1. The magistrate judge's report (Doc. 36) is adopted.

2. The petition for a writ of habeas corpus is denied.

3. The clerk of court shall close this case.

                                              /s/ William W. Caldwell
                                              William W. Caldwell
                                              United States District Judge